KEVIN P. BLOCK (121329)
kb@winelawyers.com
ROMAN BLOCK (306966)
rb@winelawyers.com
BLOCK & BLOCK LLP
1109 Jefferson Street
Napa, California 94559
Telephone: (707) 251-9871
Telefax: (707) 251-0368

Attorneys for Plaintiff/Counterdefendant

UNITED SATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 26 BRIX, LLC dba B CELLARS VINEYARDS AND WINERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROYAL & SUN ALLIANCE INSURANCE PLC, et al.,<br><br>　　　　Defendants. | Case No.: 3:20-cv-01782-VC<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** |
| AND RELATED COUNTERCLAIM | |

## STIPULATION

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), all parties to this action and counterclaim, acting through counsel, hereby stipulate in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action, including all claims and counterclaims stated against all parties, with each party to bear its own attorneys' fees and costs.

July 14, 2020                     BLOCK & BLOCK LLP


By: _____/s/_____
    Kevin P. Block
    Roman Block
    Attorneys for Plaintiff/Counterdefendant


July 14, 2020                     GIBSON ROBB & LINDH LLP


By: _____/s/_____
    G. Geoffrey Robb
    Michelle L. Tommey
    Attorneys for Defendants/Counterclaimants

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from each of the signatories.

July 14, 2020                     BLOCK & BLOCK LLP


By: _____/s/_____
    Roman Block
    Attorney for Plaintiffs/Counterdefendant

- 2 -

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER
3:20-cv-01782-VC

**[PROPOSED] ORDER**

This stipulation is approved. The entire action, including all claims and counterclaims against all parties is hereby dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

DATED: 7/18/2020

The Honorable Vince Chhabria
United States District Court Judge